# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 5D23-2409
LT Case No. 2013-CF-767-A

—————————————————

SAMUEL ROY CONE, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Samuel Roy Cone, II, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

December 26, 2023

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____